**Tabetha A. Martinez, Esq. (NV 14237)**
**Alisa A. McAffee, Esq. (NV 15960)**
**BURGER, MEYER & D'ANGELO, LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
**Mailing Address:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       amcaffee@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORRI AHLM, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC, a foreign corporation d/b/a WALMART NEIGHBORHOOD MARKET;<br><br>Defendants. | Case No.: 2:24-cv-00557-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

COMES NOW Defendant WALMART INC. ("Walmart" or "Defendants"), by and through their attorneys of record, Alisa A. McAffee, Esq., of the law firm Burger, Meyer & D'Angelo, LLP, and Plaintiff LORRI AHLM ("Plaintiff"), by and through her attorney of record, Sean P. O'Callaghan, Esq., of the law firm LAWRENCE C. HILL & ASSOCIATES, (collectively with Defendant, "Parties"), and hereby submit the following Stipulation and [Proposed] Order to Extend Discovery Deadlines (First Request) for this Honorable Court's consideration (**proposed changes in bold**), seeking to extend the remaining deadlines in the current scheduling order for a period of ninety (90) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the first discovery extension requested in this matter.

### I. DISCOVERY COMPLETED

- The parties have conducted a Rule 26(f) conference and served their respective Rule 26(a)(1) disclosures.
- On April 25, 2024, Defendant served its Initial FRCP 26(a) disclosures.
- On May 1, 2024, Plaintiff served her Initial FRCP 26(a) disclosures.
- On May 24, 2024, Plaintiff served her First Supplemental FRCP 26(a) disclosures.
- Walmart's 30(b)(6) Deposition has been set.

### II. REMAINING DISCOVERY

- Depositions of Plaintiff and Defendant.
- Written discovery as needed at this action proceeds.
- Exchange of the parties' respective expert disclosures.
- Depositions of Plaintiff's treating and/or retain expert witnesses.
- Deposition of Defendant's 30(b)(6) witness.
- Continued subpoenas to Plaintiff's medical providers.
- Additional written discovery as needed as this action proceeds.

### III. REASON FOR REQUESTING ADDITIONAL TIME TO COMPLETE DISCOVERY

The Parties aver that good cause exists under Local Rule 26-3 for the requested extension being made at this time. The Parties have been diligently working to complete discovery in this matter. The Parties have: (1) disclosed and supplemented their FRCP disclosures; (2) Walmart's 30(b)(6) Deposition has been set. However, both parties are actively working to schedule the depositions of disclosed expert witnesses some of which are unavailable in the current discovery period. The Parties have also been in discussions regarding setting a private mediation. The Parties' work regarding discovery is active and ongoing. The Parties have acted in good faith to request this extension and neither one has reason or intent to delay these proceedings or jury trial in this matter.

/ / /

/ / /

/ / /

/ / /

IV. **PRIOR DISCOVERY DEADLINES**

According to the Court's Order Granting Discovery Plan [ECF No. 7], the existing deadlines are:

| | |
|---|---|
| Amend Pleadings/Add Parties: | June 19, 2024 |
| Initial Expert Disclosures: | July 19, 2024 |
| Rebuttal Expert Reports: | August 19, 2024 |
| Close of Discovery: | September 17, 2024 |
| Dispositive Motions: | October 17, 2024 |
| Joint Pre-Trial Order: | November 18, 2024[1] |

V. **PROPOSED DISCOVERY DEADLINES**

| | |
|---|---|
| **Amend Pleadings/Add Parties:** | **August 19, 2024** |
| **Initial Expert Disclosures:** | **September 17, 2024** |
| **Rebuttal Expert Reports:** | **October 18, 2024** |
| **Close of Discovery:** | **November 15, 2024** |
| **Dispositive Motions:** | **December 16, 2024** |
| **Joint Pre-Trial Order:** | **January 17, 2025**[2] |

///
///
///
///
///
///
///
///
///

---

[1] Or 30 days following the resolution of any outstanding dispositive motions.

[2] Or 30 days following the resolution of any outstanding dispositive motions.

If the extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated: May 30, 2024          **BURGER, MEYER & D'ANGELO, LLP**

/s/ *Alisa A. McAffee*
Tabetha A. Martinez, Esq.
Alisa A. McAffee, Esq.
Attorneys for Defendant
WALMART INC.

Dated: May 30, 2024          LAWRENCE C. HILL & ASSOCIATES

/s/ *Sean P. O'Callaghan*
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES
2020 W. Sunset Road
Henderson, Nevada 89014
Attorneys for Plaintiff

The Court notes that the parties indicate that they are seeking a ninety-day extension, but then provide new deadlines sixty days out. The Court grants the sixty-day extension, not the ninety-day request.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 31, 2024