**Tabetha A. Martinez, Esq. (NV 14237)**
**BURGER, MEYER & D'ANGELO, LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
**Mailing Address:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORRI AHLM, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC, a foreign corporation d/b/a WALMART NEIGHBORHOOD MARKET;<br><br>Defendants | Case No.: 2:24-cv-00557-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 17] |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, LORRI AHLM and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 9th Day of October 2024.   **LAWRENCE C. HILL & ASSOCIATES**

By: __/s/ Lawrence C. Hill__
Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
2020 W. Sunset Road
Henderson, Nevada 89014
*Attorneys for Plaintiffs*

Dated this 13th Day of October 2024.   **BURGER, MEYER & D'ANGELO, LLP**

Tabetha A. Martinez, Esq.
400 South 4th St., Suite 500
Las Vegas, NV 89101
Attorneys for Defendant
WALMART, INC.

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2024